OPINION — AG — ** SOVEREIGN IMMUNITY — STATE HIGHWAY — STATE DEPARTMENT ** THIS OPINION DEALS WITH A HIGHWAY WORK CREW WHICH LEFT HOLE UNPROTECTED AND UNGUARDED AND A NEGLIGENCE CAUSE OCCURRED. CAN THE STATE LEGISLATURE AUTHORIZE A SUIT TO BE BROUGHT AGAINST THE STATE FOR HIS ACTION ? — NEGATIVE (SOVEREIGN IMMUNITY, SUIT, TORT, LIABILITY) CITE: ARTICLE V, SECTION 59 (FRED HANSEN)